**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | | |
|---|---|---|
| TIMOTHY WAYNE ARNETT, | ) | NO. CV 13-5182-JAK(E) |
| Petitioner, | ) | |
| v. | ) | JUDGMENT |
| CHARLES WILLIAMS, Warden, | ) | |
| Respondent. | ) | |
| _____ | ) | |

    Pursuant to the Order Accepting Findings, Conclusions and Recommendations of United States Magistrate Judge,

    IT IS ADJUDGED that the Petition is denied and dismissed without prejudice.

    DATED: October 31, 2013.

_____
JOHN A. KRONSTADT
UNITED STATES DISTRICT JUDGE